HIRAM E. BUDD et al., complainants and appellants,

*v.*

THE CAMDEN HORSE RAILROAD COMPANY et al., defendants and respondents.

[Filed June 23d, 1902.]

*Mr. Francis D. Weaver,* for the appellants.

*Mr. Edward Ambler Armstrong,* for the respondents.

Stevenson *v.* Morgan.

PER CURIAM.

The decree appealed from is affirmed, for the reasons stated by Vice-Chancellor Grey in the opinion filed in the court below. See *16 Dick. Ch. Rep. 543.*

*For affirmance*—THE CHIEF-JUSTICE, VAN SYCKEL, DIXON, GARRISON, COLLINS, FORT, GARRETSON, HENDRICKSON, PITNEY, BOGERT, ADAMS, VREDENBURGH, VOORHEES, VROOM—14.

*For reversal*—None.